

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GREGORY R. RAGLE, | § § | |
| Plaintiff, | § § | |
| VS. | § | NO. 4:06-CV-505-A |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | § § § § § | |
| Defendant. | § | |

O R D E R

Came on for consideration the above-captioned action wherein Gregory R. Ragle is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act and for supplemental security income benefits under Title XVI of the Social Security Act (collectively, "the benefits"). On June 1, 2007, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until June 22, 2007, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the Commissioner's decision that plaintiff was not entitled to the benefits be, and is hereby, reversed and this action be, and is hereby, remanded to the Commissioner for further proceedings consistent with the magistrate judge's proposed findings of fact and conclusions of law.

SIGNED June 28, 2007.

_____
JOHN McBRYDE
United States District Judge